USDC SCAN INDEX SHEET











DE LA CRUZ

SAN DIEGO CITY OF

LMH    2/13/98    9:28
3:97-CV-00111
*21*
*MO.*

# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### HON. LOUISA S. PORTER
CT. DEPUTY IRMA FLETES

De La Cruz et al.     v.     City of San Diego et al.     No.   97-0111-J(POR)

| Counsel for Plaintiffs | Counsel for Defendants |
|---|---|
| Chad Fuller | Frank Devaney |

PROCEEDINGS:     ___ In Chambers     ___ In Court     x   Telephonic

The case has settled. Therefore, the discovery dispute regarding production of the internal affairs investigation documents and reports and the personnel files of certain police officers (Motion Docket No. 20) is moot and off calendar.

The stipulation of dismissal shall be submitted for signature on or before April 20, 1998; otherwise, a settlement disposition conference shall be held in chambers on **April 21, 1998 at 9:00 a.m..**

NOTICE:     ___ In Person     x  By Telephone     ___ Copies Sent

DATE:     February 4, 1998     DEPUTY:

97cv0111