USDC SCAN INDEX SHEET











DE LA CRUZ

SAN DIEGO CITY OF

RYC   3/11/98   10:16
3:97-CV-00111
*22*
*P.*

```
 1  PILLSBURY MADISON & SUTRO LLP
    DAVID E. KLEINFELD  #110734
 2  BARRY J. TUCKER  #164163
    CHAD R. FULLER  #190830
 3  101 West Broadway, Suite 1800
    San Diego, CA 92101
 4  Telephone:  (619) 234-5000

 5      Attorneys for Plaintiffs
        ESTEBAN AREVALO DE LA CRUZ, SILVIA LORENA
 6      DE LEON, KARLA FABIOLA AREVALO DE LEON,
        HEYDI VERONICA AREVALO DE LEON, JOSSELINE
 7      LORENA AREVALO DE LEON, BYRON AREVALO,
        PROSPERO GUILLERMO DUBON AREVALO, AND
 8      JUAN FRANCISCO GOMEZ VELASQUEZ

 9
                  UNITED STATES DISTRICT COURT
10
                 SOUTHERN DISTRICT OF CALIFORNIA
11
    ─────────────────────────────────────────
12                                           )
    ESTEBAN AREVALO DE LA CRUZ; SILVIA       )  No. 97-0111J (POR)
13  LORENA DE LEON; KARLA FABIOLA            )
    AREVALO DE LEON, a minor, by             )  PETITION FOR COMPROMISE OF
14  ESTEBAN AREVALO DE LA CRUZ and           )  MINORS' CLAIMS
    SILVIA LORENA DE LEON, her               )
15  guardians; HEYDI VERONICA AREVALO        )  Honorable
    DE LEON, a minor, by ESTEBAN             )  Napoleon A. Jones, Jr.
16  AREVALO DE LA CRUZ and SILVIA            )
    LORENA DE LEON, her guardians;           )
17  JOSSELINE LORENA AREVALO DE LEON,        )
    a minor, by ESTEBAN AREVALO              )
18  DE LA CRUZ and SILVIA LORENA             )
    DE LEON, her guardians; BYRON            )
19  AREVALO; PROSPERO GUILLERMO DUBON        )
    AREVALO; and JUAN FRANCISCO GOMEZ        )
20  VELASQUEZ;                               )
                                             )
21                 Plaintiffs,               )
                                             )
22      vs.                                  )
                                             )
23  CITY OF SAN DIEGO; ROBERT FINCH;         )
    ROBERT NICKLO; SHELLEY ZIMMERMAN;        )
24  ELIJAH ZUNIGA; MICHAEL BROGDON;          )
    and DOES 1-20, INCLUSIVE;                )
25                                           )
                   Defendants.               )
26                                           )
    ─────────────────────────────────────────
27
28

    21158178
```

The petition of ESTEBAN AREVALO DE LA CRUZ and SILVIA LORENA DE LEON, (hereinafter "Petitioners"), respectfully alleges:

1. Petitioners are the parents and legal guardians having care and custody of three minor children who are plaintiffs in the above-captioned case: Karla Fabiola Arevalo De Leon; Heydi Veronica Arevalo De Leon; and Josseline Lorena Arevalo De Leon.

2. On January 22, 1997, Petitioners filed a lawsuit on behalf of themselves, their three minor children and three others alleging various civil rights violations by the City of San Diego, the San Diego Police Department and various individual defendant officers (collectively, the "Defendants") in connection with a drug raid at Petitioners' residence on April 25, 1996.

3. Petitioners have agreed to settle all claims against Defendants for five-thousand dollars ($5,000.00). While Petitioners believe their claims against Defendants are meritorious, Petitioners realize and appreciate the risks and costs attendant to litigating this case through trial. Petitioners also are inclined to settle because they recently relocated outside of the Southern District of California for personal and financial reasons.

4. Given the complexities and uncertainties of litigation, Petitioners believe a settlement of five-thousand dollars ($5,000.00) is fair and reasonable in this case.

1      5.    Petitioners intend to use each minor child's pro
2  rata share of the settlement proceeds for the minors'
3  benefit and will use said funds in accordance with the
4  children's best interests.
5      WHEREFORE, FOR ALL THE FOREGOING REASONS, PETITIONERS
6  RESPECTFULLY REQUEST that the court grant this Petition for
7  Compromise of Minors' Claims.
8      DATED:    February 27, 1998.
9                           Respectfully submitted,
10                          PILLSBURY MADISON & SUTRO LLP
                            DAVID E. KLEINFELD
11                          BARRY J. TUCKER
                            CHAD R. FULLER
12
13                          By  *[signature]* Barry J. Tucker
                            Barry J. Tucker
14                          Attorneys for Petitioners
                            Esteban Arevalo De La Cruz and
15                          Silvia Lorena De Leon

21158178                          -3-