USDC SCAN INDEX SHEET











DE LA CRUZ

SAN DIEGO CITY OF

RYC    3/11/98    10:17
3:97-CV-00111
*23*
*DECL.*

| | |
|---|---|
| 1  PILLSBURY MADISON & SUTRO LLP<br>   DAVID E. KLEINFELD  #110734<br>2  BARRY J. TUCKER  #164163<br>   CHAD R. FULLER  #190830<br>3  101 West Broadway, Suite 1800<br>   San Diego, CA 92101<br>4  Telephone:  (619) 234-5000<br>5     Attorneys for Plaintiffs<br>      ESTEBAN AREVALO DE LA CRUZ, SILVIA LORENA<br>6  DE LEON, KARLA FABIOLA AREVALO DE LEON,<br>   HEYDI VERONICA AREVALO DE LEON, JOSSELINE<br>7  LORENA AREVALO DE LEON, BYRON AREVALO,<br>   PROSPERO GUILLERMO DUBON AREVALO, AND<br>8  JUAN FRANCISCO GOMEZ VELASQUEZ | FILED<br>MAR - 6 1998 |

                        UNITED STATES DISTRICT COURT

                        SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTEBAN AREVALO DE LA CRUZ; SILVIA LORENA DE LEON; KARLA FABIOLA AREVALO DE LEON, a minor, by ESTEBAN AREVALO DE LA CRUZ and SILVIA LORENA DE LEON, her guardians; HEYDI VERONICA AREVALO DE LEON, a minor, by ESTEBAN AREVALO DE LA CRUZ and SILVIA LORENA DE LEON, her guardians; JOSSELINE LORENA AREVALO DE LEON, a minor, by ESTEBAN AREVALO DE LA CRUZ and SILVIA LORENA DE LEON, her guardians; BYRON AREVALO; PROSPERO GUILLERMO DUBON AREVALO; and JUAN FRANCISCO GOMEZ VELASQUEZ;<br><br>        Plaintiffs,<br><br>   vs.<br><br>CITY OF SAN DIEGO; ROBERT FINCH; ROBERT NICKLO; SHELLEY ZIMMERMAN; ELIJAH ZUNIGA; MICHAEL BROGDON; and DOES 1-20, INCLUSIVE;<br><br>        Defendants. | No. 97-0111J (POR)<br><br>DECLARATION OF ESTEBAN AREVALO DE LA CRUZ IN SUPPORT OF PETITION FOR COMPROMISE OF MINORS' CLAIM<br><br>Hononorable<br>Napoleon A. Jones, Jr. |

21157375

I, Esteban Arevalo De La Cruz, declare as follows:

1. I am the lawful guardian of Plaintiffs Karla Fabiola Arevalo De Leon, a minor; Heydi Veronica Arevalo De Leon, a minor; and Josseline Lorena Arevalo De Leon, a minor.

2. On January 22, 1997, a lawsuit was filed on behalf of myself, my wife, my three minor children and three others alleging various civil rights violations by the City of San Diego, the San Diego Police Department and various individual defendant officers ("Defendants") in connection with a drug raid at our residence which occurred on April 25, 1996.

3. Plaintiffs have agreed to settle all claims against Defendants for five-thousand dollars ($5,000.00). While I believe our claims against Defendants are meritorious, I realize the risks and costs attendant to litigating this case through trial. Plaintiffs also are inclined to settle because we recently relocated outside the Southern District of California for personal and financial reasons.

4. Given the complexities and uncertainties of litigation, I believe a settlement of five-thousand dollars ($5,000.00) is fair and reasonable.

5. I intend to use the minor children's pro rata share of the settlement proceeds for their benefit and will use said funds in accordance with my children's best interests.

1   I hereby declare under penalty of perjury under the
2  laws of the United States of America that the foregoing is
3  true and correct.
4   Dated: February 17, 1998.

5
6   _____
    Esteban Arevalo De La Cruz
7
8
...
28

21157375                    -3-