USDC SCAN INDEX SHEET











DE LA CRUZ


SAN DIEGO CITY OF



RYC    3/11/98    10:19
3:97-CV-00111
*24*
*DECL.*

1  PILLSBURY MADISON & SUTRO LLP
   DAVID E. KLEINFELD  #110734
2  BARRY J. TUCKER  #164163
   CHAD R. FULLER  #190830
3  101 West Broadway, Suite 1800
   San Diego, CA 92101
4  Telephone:  (619) 234-5000

5    Attorneys for Plaintiffs
     ESTEBAN AREVALO DE LA CRUZ, SILVIA LORENA
6    DE LEON, KARLA FABIOLA AREVALO DE LEON,
     HEYDI VERONICA AREVALO DE LEON, JOSSELINE
7    LORENA AREVALO DE LEON, BYRON AREVALO,
     PROSPERO GUILLERMO DUBON AREVALO, AND
8    JUAN FRANCISCO GOMEZ VELASQUEZ

9
                  UNITED STATES DISTRICT COURT
10
                 SOUTHERN DISTRICT OF CALIFORNIA
11

12  ───────────────────────────────────
    ESTEBAN AREVALO DE LA CRUZ; SILVIA  )  No. 97-0111J (POR)
13  LORENA DE LEON; KARLA FABIOLA       )
    AREVALO DE LEON, a minor, by        )  DECLARATION OF BARRY J.
14  ESTEBAN AREVALO DE LA CRUZ and      )  TUCKER IN SUPPORT OF
    SILVIA LORENA DE LEON, her          )  PETITION FOR COMPROMISE OF
15  guardians; HEYDI VERONICA AREVALO   )  MINORS' CLAIMS
    DE LEON, a minor, by ESTEBAN        )
16  AREVALO DE LA CRUZ and SILVIA       )  Honorable Napoleon A.
    LORENA DE LEON, her guardians;      )  Jones, Jr.
17  JOSSELINE LORENA AREVALO DE LEON,   )
    a minor, by ESTEBAN AREVALO         )
18  DE LA CRUZ and SILVIA LORENA        )
    DE LEON, her guardians; BYRON       )
19  AREVALO; PROSPERO GUILLERMO DUBON   )
    AREVALO; and JUAN FRANCISCO GOMEZ   )
20  VELASQUEZ;                          )
                                        )
21                    Plaintiffs,       )
                                        )
22     vs.                              )
                                        )
23  CITY OF SAN DIEGO; ROBERT FINCH;    )
    ROBERT NICKLO; SHELLEY ZIMMERMAN;   )
24  ELIJAH ZUNIGA; MICHAEL BROGDON;     )
    and DOES 1-20, INCLUSIVE;           )
25                                      )
                      Defendants.       )
26                                      )
    ───────────────────────────────────
27

28

21157493

1       I, Barry J. Tucker, declare:

2       1.   I am an attorney duly admitted to this court and
3  am associated with the law firm of Pillsbury Madison & Sutro
4  LLP ("Pillsbury"), attorneys of record for Plaintiffs.

5       2.   I have personal knowledge of the facts set forth
6  herein and, if called upon to testify, would and could
7  competently testify thereto.

8       3.   I negotiated a settlement on behalf of all
9  Plaintiffs in the above-entitled action.

10      4.   Plaintiffs filed this action against the City of
11 San Diego, the San Diego Police Department and various
12 individual defendants (collectively, the "Defendants") in
13 connection with a drug raid at Plaintiffs' residence on
14 April 25, 1996.

15      5.   Given the complexities and uncertainties of
16 litigation, I believe that a settlement of five-thousand
17 dollars ($5,000.00) is fair and reasonable in this case.  I
18 further believe the settlement is fair since Plaintiffs
19 recently relocated outside of the Southern District of
20 California for personal and financial reasons.

21      6.   Three of the Plaintiffs in this matter are the
22 minor children of plaintiffs Esteban Arevalo De La Cruz and
23 Silvia Lorena De Leon.

24      7.   I am informed and believe that each of the minor
25 child's pro rata share of the settlement proceeds will be
26 maintained and used by their parents in accordance with the
27 children's best interests.

28

1    I declare under penalty of perjury under the laws of
2    the United States of America that the foregoing is true and
3    correct.
4    Executed this 27th day of February 1998, at San Diego,
5    California.

6
7
8
9                                    _____
                                              Barry J. Tucker
10
11
...
28

21157493                            -3-