USDC SCAN INDEX SHEET











DE LA CRUZ


SAN DIEGO CITY OF


RYC    3/11/98    10:20

3:97-CV-00111

*25*

*DECL.*

FILED

1   PILLSBURY MADISON & SUTRO LLP
    DAVID E. KLEINFELD   #110734
2   BARRY J. TUCKER   #164163
    CHAD R. FULLER   #190830
3   101 West Broadway, Suite 1800
    San Diego, CA 92101
4   Telephone:  (619) 234-5000

5       Attorneys for Plaintiffs
    ESTEBAN AREVALO DE LA CRUZ, SILVIA LORENA
6   DE LEON, KARLA FABIOLA AREVALO DE LEON,
    HEYDI VERONICA AREVALO DE LEON, JOSSELINE
7   LORENA AREVALO DE LEON, BYRON AREVALO,
    PROSPERO GUILLERMO DUBON AREVALO, AND
8   JUAN FRANCISCO GOMEZ VELASQUEZ

9
                UNITED STATES DISTRICT COURT
10
               SOUTHERN DISTRICT OF CALIFORNIA
11

12  _____
    ESTEBAN AREVALO DE LA CRUZ; SILVIA )   No. 97-0111J (POR)
13  LORENA DE LEON; KARLA FABIOLA      )
    AREVALO DE LEON, a minor, by       )   DECLARATION OF SILVIA
14  ESTEBAN AREVALO DE LA CRUZ and     )   LORENA DE LEON IN SUPPORT
    SILVIA LORENA DE LEON, her         )   OF PETITION FOR COMPROMISE
15  guardians; HEYDI VERONICA AREVALO  )   OF MINORS' CLAIM
    DE LEON, a minor, by ESTEBAN       )
16  AREVALO DE LA CRUZ and SILVIA      )   Hononorable
    LORENA DE LEON, her guardians;     )   Napoleon A. Jones, Jr.
17  JOSSELINE LORENA AREVALO DE LEON,  )
    a minor, by ESTEBAN AREVALO        )
18  DE LA CRUZ and SILVIA LORENA       )
    DE LEON, her guardians; BYRON      )
19  AREVALO; PROSPERO GUILLERMO DUBON  )
    AREVALO; and JUAN FRANCISCO GOMEZ  )
20  VELASQUEZ;                         )
                                       )
21                      Plaintiffs,    )
                                       )
22       vs.                           )
                                       )
23  CITY OF SAN DIEGO; ROBERT FINCH;   )
    ROBERT NICKLO; SHELLEY ZIMMERMAN;  )
24  ELIJAH ZUNIGA; MICHAEL BROGDON;    )
    and DOES 1-20, INCLUSIVE;          )
25                                     )
                      Defendants.      )
26                                     )
    _____    )
27

28

    21157677

    25

1    I, Silvia Lorena De Leon, declare as follows:

2    1.   I am the lawful guardian of Plaintiffs Karla

3 Fabiola Arevalo De Leon, a minor; Heydi Veronica Arevalo De

4 Leon, a minor; and Josseline Lorena Arevalo De Leon, a

5 minor.

6    2.   On January 22, 1997, a lawsuit was filed on behalf

7 of myself, my husband, my three minor children and three

8 others alleging various civil rights violations by the City

9 of San Diego, the San Diego Police Department and various

10 individual defendant officers ("Defendants") in connection

11 with a drug raid at our residence which occurred on April

12 25, 1996.

13   3.   Plaintiffs have agreed to settle all claims

14 against Defendants for five-thousand dollars ($5,000.00).

15 While I believe our claims against Defendants are

16 meritorious, I realize the risks and costs attendant to

17 litigating this case through trial.  Plaintiffs also are

18 inclined to settle because we recently relocated outside the

19 Southern District of California for personal and financial

20 reasons.

21   4.   Given the complexities and uncertainties of

22 litigation, I believe a settlement of five-thousand dollars

23 ($5,000.00) is fair and reasonable.

24   5.   I intend to use the minor children's pro rata

25 share of the settlement proceeds for their benefit and will

26 use said funds in accordance with my children's best

27 interests.

28

21157677                          -2-

1    I hereby declare under penalty of perjury under the

2 laws of the United States of America that the foregoing is

3 true and correct.

4    Dated:  February 17 , 1998.

5

6                         Silvia L. De Leon
                         Silvia Lorena De Leon

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

21157677                    -3-