USDC SCAN INDEX SHEET











DE LA CRUZ

SAN DIEGO CITY OF

RYC    3/11/98    10:20
3:97-CV-00111
*26*
*O.*

FILED

MAR - 6 1998

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTEBAN AREVALO DE LA CRUZ; SILVIA LORENA DE LEON; KARLA FABIOLA AREVALO DE LEON, a minor, by ESTEBAN AREVALO DE LA CRUZ and SILVIA LORENA DE LEON, her guardians; HEYDI VERONICA AREVALO DE LEON, a minor, by ESTEBAN AREVALO DE LA CRUZ and SILVIA LORENA DE LEON, her guardians; JOSSELINE LORENA AREVALO DE LEON, a minor, by ESTEBAN AREVALO DE LA CRUZ and SILVIA LORENA DE LEON, her guardians; BYRON AREVALO; PROSPERO GUILLERMO DUBON AREVALO; and JUAN FRANCISCO GOMEZ VELASQUEZ;<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF SAN DIEGO; ROBERT FINCH; ROBERT NICKLO; SHELLEY ZIMMERMAN; ELIJAH ZUNIGA; MICHAEL BROGDON; and DOES 1-20, INCLUSIVE;<br><br>    Defendants. | No. 97-0111J (POR)<br><br>[PROPOSED] ORDER APPROVING COMPROMISE OF MINORS' CLAIMS<br><br>Honorable Napoleon A. Jones, Jr. |

21163716

26

1      The petition of Esteban Arevalo De La Cruz and Silvia
2 Lorena De Leon (hereinafter "Petitioners") for approval of
3 the compromise of minors' claims in the above-captioned case
4 came regularly before this court. Based upon the Petition,
5 the Declarations in support, and all other evidence, records
6 and proceedings in this case, the court HEREBY ORDERS:

7      1.   That the Petition be and is hereby approved; and
8      2.   That the Petitioners shall use each minor child's
9 pro rata share of the settlement proceeds for the minors'
10 benefit in accordance with the children's best interests.

11     IT IS SO ORDERED.

14 Dated March 5, 1998

Napoleon A. Jones, Jr.
United States District Court

21163716      -2-